UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISLAND PARADISE CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                                  CASE NO: 8:11-cv-783-T-26AEP

JOSEPH J. MAURIO,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged as follows:

1) Defendant's Motion to Compel Production of Documents (Dkt. 31) is denied without prejudice.

2) Plaintiff shall produce to Defendant's counsel at Plaintiff's counsel's office at a mutually agreed upon date and time the documents requested in Defendant's First Request for Production of Documents which Plaintiff has not produced to date.

3) Plaintiff shall produce the documents requested pursuant to the procedures set forth in Rule 34(b)(2)(E)(i-iii) of the Federal Rules of Civil Procedure.

4) Counsel are reminded of the obligation imposed by Local Rule 2.04(h) to "conduct themselves with civility and in a spirit of cooperation in order to reduce unnecessary cost and delay."

5) The hearing scheduled on Defendant's motion for Monday, November 21, 2011, at 8:30 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on November 15, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record